**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNION OF CONCERNED SCIENTISTS; and ELIZABETH ANNE SHEPPARD,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW WHEELER, in his official capacity as acting Administrator of the Environmental Protection Agency; and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Civil Action No. 18-cv-10129 (FDS) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs the Union of Concerned Scientists and Elizabeth Anne Sheppard (collectively "Plaintiffs"), by their undersigned attorneys, hereby appeal to the United States Court of Appeals for the First Circuit from the orders entered in this action on March 27, 2019 granting Defendants' motion to dismiss for lack of subject matter jurisdiction and failure to state a claim and dismissing the case (ECF Nos. 48, 49).

1

2

Dated: April 15, 2019                                   Respectfully submitted,


/s/ Lindsay C. Harrison
Lindsay C. Harrison
Samuel C. Birnbaum
JENNER & BLOCK LLP
1099 New York Ave., NW
Suite 900
Washington, DC 20001
(202) 639-6000
lharrison@jenner.com


Justin Florence (MA Bar No. 667129)
Benjamin L. Berwick (MA Bar No. 679207)
The Protect Democracy Project
10 Ware St.
Cambridge, MA 02138
(909) 326-2911
justin.florence@protectdemocracy.org


Jamila G. Benkato
The Protect Democracy Project
2020 Pennsylvania Ave., NW #163
Washington, DC 20006
(202) 751-4058
jamila.benkato@protectdemocracy.org


*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on April 15, 2019, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users.

/s/ Lindsay C. Harrison

Lindsay C. Harrison