**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNION OF CONCERNED SCIENTISTS, *et al.*,<br><br>                     Plaintiffs,<br><br>    v.<br><br>ANDREW WHEELER, in his official capacity as Administrator of the Environmental Protection Agency, *et al.*,<br><br>                     Defendants. | Case No. 18-cv-10129 (FDS) |

## CONSENT MOTION FOR THIRD EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants hereby move for an extension of their deadline to respond to the Complaint, ECF No. 1, to August 14, 2020.  Counsel for Plaintiffs represented that they consent to the relief requested.

The deadline to respond is currently set for July 13, 2020.  *See* Electronic Order (June 29, 2020), ECF No. 61.  The Parties have tentatively agreed to voluntary dismissal of these proceedings but have not yet agreed on the form of a stipulation of dismissal.  In light of the Parties' tentative agreement, the Court has ordered that a notice of dismissal be filed by August 5, 2020 and, if no notice is filed, has set a status conference for August 7, 2020.  *See* Electronic Clerk's Notes (July 6, 2020), ECF No. 62.  In order to avoid any further requests for extension while the Parties negotiate the potential end of these proceedings, Defendants request an extension of the answer deadline until one week after the status conference currently set.  This is Defendants' third request for extension of time of this deadline.

For the foregoing reasons, Defendants respectfully request that this Motion be granted and that the deadline for Defendants to respond to the Complaint be extended until August 14, 2020.

Dated: July 13, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General, Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ *James Powers*
JAMES R. POWERS (TX Bar No. 24092989)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Telephone:  (202) 353-0543
Email:  james.r.powers@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2020, I electronically filed the foregoing Motion with the Clerk of the Court by using the CM/ECF system.  Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

/s/ *James Powers*
JAMES POWERS