# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNION OF CONCERNED SCIENTISTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW WHEELER, in his official capacity as Administrator of the Environmental Protection Agency, *et al.*,<br><br>Defendants. | Case No. 18-cv-10129 (FDS) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, by and through their undersigned counsel, hereby jointly stipulate to the dismissal of this action. The Parties agree that each party shall bear its own fees and costs.

Dated: July 21, 2020                                             Respectfully submitted,

| | |
|---|---|
| /s/ Lindsay C. Harrison<br>LINDSAY C. HARRISON<br>ZACHARY C. SCHAUF<br>SAMUEL C. BIRNBAUM<br>Jenner & Block LLP<br>1099 New York Ave., NW<br>Suite 900<br>Washington, DC 20001<br>Telephone: (202) 639-6000<br>lharrison@jenner.com<br><br>JAMILA G. BENKATO<br>Protect Democracy<br>2020 Pennsylvania Ave.<br>Washington, DC 20006<br>Telephone: (202) 751-4058<br>jamila.benkato@protectdemocracy.org | ETHAN P. DAVIS<br>Acting Assistant Attorney General<br><br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br>/s/ James R. Powers<br>JAMES R. POWERS (TX Bar No. 24092989)<br>Trial Attorney, Federal Programs Branch<br>U.S. Department of Justice,<br>Civil Division<br>1100 L Street, NW<br>Washington, DC 20005<br>Telephone: (202) 353-0543<br>james.r.powers@usdoj.gov<br><br>*Counsel for Defendants* |

JUSTIN FLORENCE (MA Bar No. 667129)
Protect Democracy
10 Ware St.
Cambridge, MA 02138
Telephone: (909) 326-2911
justin.florence@protectdemocracy.org

*Counsel for Plaintiffs*